respondent twenty dollars and serves proposed case and exceptions, in which event motion is denied, without costs.

Moses Reis v. Andrew J. Graham: — Motion denied.

John F. Slater, Appellant, v. Louise Grannemann, Personally and as Administratrix, etc., of Christian Grannemann, Deceased, and Others, Impleaded with Anna M. Grannemann and Others. Respondents. (No. 1.)— Order affirmed, with ten dollars costs and disbursements, upon the ground that the judgment is one of nonsuit and not upon the merits. All concurred.

The Union Paving Company, Respondent, v. Julian Scholl & Company, Appellant.— Interlocutory judgment affirmed, with costs, with usual leave to defendant to answer upon payment of costs of demurrer and of this appeal. No opinion. All concurred.

Waterford Electric Light, Heat and Power Company v. Kate E. Reed and Others.— Motion denied.

---

### FIRST DEPARTMENT, FEBRUARY, 1908.

ANNIE MILLER, Appellant, v. SAMUEL FRIEDMAN and Others, Respondents.

Appeal by the plaintiff from an order entered December 11, 1907, in the New York county clerk's office, providing that answers may remain in lieu of demurrers.

PER CURIAM:   Order should be modified by striking out the words "and that the answers of said defendants heretofore served on plaintiff's attorney remain in lieu and stead thereof," with ten dollars costs and disbursements to appellant, and with leave to defendants to make such motion in the court below as they shall be advised.   Present — Patterson, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.   Order modified as directed in opinion, and as so modified affirmed, with ten dollars costs and disbursements to appellant, and with leave to defendants to make such motion in the court below as they shall be advised.

---

In the Matter of Striking the Name of WILLIAM HEINEMAN from the Original Primary Enrollment Book of the Fourth Election District of the Twenty-third Assembly District, etc.

THE BOARD OF ELECTIONS OF THE CITY OF NEW YORK, Appellant, v. WILLIAM T. KELEHER, Respondent.

*Election Law — name struck from primary enrollment book.*

Appeal by the board of elections from an order entered in the New York county clerk's office on the 19th day of September, 1907, compelling the said board to strike the name of William Heineman from the primary enrollment book.

McLAUGHLIN, J.: This case cannot be distinguished from *Matter of Titus* (117 App. Div. 621; affd., 188 N. Y. 585).   Upon the authority of that case, as well as *Matter of O'Brien* (117 App. Div. 628; affd., 188 N. Y. 585) and *Matter of*

*McGuire* (117 App. Div. 637; affd., 188 N. Y. 585) the order here appealed from must be reversed and the motion denied. Patterson, P. J., Laughlin, Clarke and Scott, JJ., concurred. Order reversed and application denied.